In the Interest of A.J.K., B.A.K., and M.J.K., Minors, Juvenile Officer, Respondent,

v.

R.D., Natural Mother, Appellant.

Nos. WD 49130, WD 49131 and WD 49132.

Missouri Court of Appeals, Western District.

Oct. 18, 1994.

Kevin Thomas, Independence, for appellant.

Lori Stipp, Kansas City, for Respondent Juvenile Officer.

David A. Burns, Kansas City, for GAL.

Before FENNER, C.J., and LOWENSTEIN and SPINDEN, JJ.

*ORDER*

PER CURIAM.

R.D. appeals from an order of the trial court terminating her parental rights pursuant to section 211.447, RSMo Supp.1993.

Judgment affirmed. Rule 84.16(b).